# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

_Eastern_ District of _New York_

United States
v.
William G. Brown, et al.

Docket Number _04-159_

_Nicholas G. Garaufis_
(District Court Judge)

Notice is hereby given that _William G. Brown_ appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [✓]; order [ ]; other [✓]: _forfeiture_ (specify)

entered in this action on _12/8/06_ (date).

Offense occurred after November 1, 1987   Yes [✓]   No [ ]

The appeal concerns:   conviction only [ ];   sentence only [ ];   conviction and sentence [✓].

Date _12-8-06_

TO: _United States Attorney's Office_

(Counsel for Appellant)

Address _1688 Victory Blvd._
_Suite #100_
_Staten Island, New York 10314_

Telephone Number _718-442-2232_

FILED CLERK 2006 DEC -8 PM 12:45 U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK

ADD ADDITIONAL PAGE IF NECESSARY

| (TO BE COMPLETED BY ATTORNEY) | TRANSCRIPT INFORMATION — FORM B | |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE). |
| [ ] I am ordering a transcript<br>[✓] I am not ordering a transcript<br>Reason:<br>  [✓] Daily copy is available<br>  [ ] U.S. Attorney has placed order<br>  [ ] Other. Attach explanation | Prepare transcript of<br>[ ] Pre-trial proceedings<br>[ ] Trial<br>[ ] Sentence<br>[ ] Post-trial proceedings | Dates |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b))   ▶ Method of payment [✓] Funds   [ ] CJA Form 24

ATTORNEY'S signature _[signature]_   DATE _12-8-06_

▶ COURT REPORTER ACKNOWLEDGEMENT

To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages. |
|---|---|---|
| | | |

Date _____   Signature _____ (Court Reporter)

COPY 1 - ORIGINAL

*U.S. GPO: 2001-611-552/60002